UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JAMES RICHARDS
Institutional ID No. 02346971

                Plaintiff,

v.

MARSHA MCLANE, TCCO Executive
Director, *et al.*,

                Defendants.

No. 5:25-CV-00075-H-BV

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No party objected, and the time to do so has passed. The District Court made an independent examination of the record and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate.

The Court therefore (1) grants Defendants McLane and Management & Training Corporation's motions to dismiss, Dkt. Nos. 26, 28, (2) dismisses Plaintiff's official-capacity claims against Defendant McLane for retrospective relief without prejudice, and (3) dismisses all other claims with prejudice. Additionally, the Court denies all relief not expressly granted and any pending motions, including Plaintiff's motion to certify class, Dkt. No. 22, and motion to join party as defendant, Dkt. No. 49.

The Court will enter judgment accordingly.

So ordered.

Dated June 5, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge